The order below is hereby signed.

Signed: June 25 2019



_S. Martin Teel, Jr._
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| In re | ) | |
|---|---|---|
| | ) | |
| KATHRYN FELICIA GROEGER WILDT, | ) ) ) | Case No. 19-00402 (Chapter 13) Not for publication in |
| Debtor. | ) | West's Bankruptcy Reporter. |

MEMORANDUM DECISION AND ORDER
CONFIRMING THAT THE AUTOMATIC STAY IS
NOT IN EFFECT PURSUANT TO 11 U.S.C. § 362(A)(4)

AJX Mortgage Trust II, a Delaware Trust, Wilmington Savings Fund Society FSB, Trustee, parties in interest in this case, have filed a *Motion for Confirmatory Order Pursuant to 11 U.S.C. Sections 362(c)(4)(A)(i) and (c)(4)(A)(ii) That There Was No Automatic Stay in Effect or Imposed by the Filing of this Bankruptcy Case* (Dkt. No. 10), wherein they seek a confirmation order under 11 U.S.C. § 362(c)(4)(A)(ii) that the automatic stay is not in effect pursuant to § 362(c)(4)(A)(i).  Under § 362(c)(4)(A)(i), if a debtor has had two pending cases dismissed within one year prior to filing a another case, the automatic stay "shall not go into effect upon the filing of the later case."  Under § 362(c)(4)(A)(ii), "on request of a party in

interest, the court shall promptly enter an order confirming that no stay is in effect."

This is the debtor's third case within a one year period. The debtor's first case, Case No. 18-00764, was dismissed on December 27, 2018, and the debtor's second case, Case No. 19-00090, was dismissed on March 12, 2019. The third case was filed on June 21, 2019, making it the third case, after two prior cases had been dismissed within the preceding year. It is thus

ORDERED that the *Motion for Confirmatory Order Pursuant to 11 U.S.C. Sections 362 (c)(4)(A)(i) and (c)(4)(A)(ii) That There Was No Automatic Stay in Effect or Imposed by the Filing of this Bankruptcy Case* (Dkt. No. 10) is GRANTED. It is further

ORDERED that the automatic stay of § 362(a) is not in effect pursuant to § 362(c)(4).

[Signed and dated above.]

Copies to: Debtor (by hand-mailing); recipients of e-notice of orders.